THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

BENJAMIN B. WAGNER
United States Attorney

T. CHRISTIAN HERREN, JR.
ABEL GOMEZ
JAYE ALLISON SITTON (D.C. Bar # 453655)
OLIMPIA E. MICHEL (N.Y. Bar # 4358321)
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
NWB 7254
Washington, D.C.  20530
Telephone:  (202) 305-4143
Facsimile:  (202) 307-3961

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; and DEBRA BOWEN, SECRETARY OF STATE OF CALIFORNIA, in her official capacity,<br><br>Defendants. | CASE NO. 2:<br><br>**UNOPPOSED MOTION FOR EXPEDITED ENTRY OF CONSENT DECREE** |

    Plaintiff United States of America and Defendant the State of California's Secretary of State, Debra Bowen, in her official capacity, through their undersigned counsel, respectfully request this Court to enter the accompanying Consent Decree.  The Complaint in this action, alleging a violation of the Uniformed and Overseas Citizens Absentee Voting Act ("UOCAVA"), 42 U.S.C. §§ 1973ff to 1973ff-7, is being filed today simultaneously with this motion.  The violation arises from the failure in 11 California

counties to transmit 8,249 absentee ballots to military and overseas voters at least 45 days before the upcoming June 5, 2012 Federal primary election, as required by UOCAVA.  The Secretary of State has authority over the administration of elections in the State of California, including the upcoming June 5, 2012 election.  The United States and the Secretary of State have negotiated in good faith and have agreed to entry of this Consent Decree as a necessary and appropriate resolution of the claims alleged.  Expedited consideration and entry of the Consent Decree is necessary to timely implement the agreed upon remedies in advance of California's June 5, 2012 Federal primary election.

Defendant State of California does not oppose the granting of this motion.

WHEREFORE, the parties request that the accompanying Consent Decree be entered by this Court.

1 | AGREED AND CONSENTED TO this 25th day of May, 2012.

2 | For the Plaintiff:

3 | THOMAS E. PEREZ                                   BENJAMIN B. WAGNER
Assistant Attorney General                            United States Attorney
4 | Civil Rights Division

5 |

6 | /s/ Jaye Allison Sitton
T. CHRISTIAN HERREN, JR.
7 | ABEL GOMEZ
JAYE ALLISON SITTON (D.C. Bar # 453655)
8 | OLIMPIA E. MICHEL (N.Y. Bar # 4358321)
Attorneys, Voting Section
9 | Civil Rights Division
U.S. Department of Justice
10 | 950 Pennsylvania Avenue, N.W.
NWB 7254
11 | Washington, D.C. 20530
Telephone: (202) 305-4143
12 | Facsimile: (202) 307-3961

13 |

14 | For Defendant Secretary of State:

KAMALA HARRIS
15 | California Attorney General

16 |

17 | /s/ George Waters  (as authorized on May 25, 2012)
GEORGE WATERS (Cal. Bar # 88295)
18 | Deputy Attorney General
1300 I Street, Suite 125
19 | P.O. Box 94244-2550
Sacramento, CA 94244
20 | Telephone: (916) 323-8050
Facsimile: (916) 324-8835

1 | SO ORDERED this ____ day of May, 2012.

2

3 | _____
United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that on May 25th, 2012, I served a copy of the foregoing Unopposed Motion for Expedited Entry of Consent Decree upon the following counsel of record via email:

*COUNSEL FOR DEFENDANTS STATE OF CALIFORNIA AND DEBRA BOWEN, SECRETARY OF STATE OF CALIFORNIA*

GEORGE WATERS (Cal. Bar # 88295)
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 94244-2550
Sacramento, CA  94244
Telephone:  (916) 323-8050
Facsimile:  (916) 324-8835
Email: George.Waters@doj.ca.gov