KAMALA D. HARRIS
Attorney General of California
DOUGLAS J. WOODS
Senior Assistant Attorney General
GEORGE WATERS, State Bar No. 88295
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8050
 Fax: (916) 324-8835
 E-mail: George.Waters@doj.ca.gov

*Attorneys for Defendants, State of California
and Debra Bowen, California Secretary of State*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:12-CV-01427-WBS-GGH |
|---|---|
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER** |
| v. | |
| THE STATE OF CALIFORNIA; and DEBRA BOWEN, SECRETARY OF STATE OF CALIFORNIA, in her official capacity, | **[Local Rule 143]** |
| Defendants. | |

Pursuant to Eastern District Local Rule 143, the parties to this action, through their respective counsel of record, do hereby stipulate and agree as follows:

This action was initiated by Plaintiff United States of America against Defendants the State of California, and Debra Bowen, California Secretary of State. The Complaint alleges violations of the Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA), 42 U.S.C. §§ 1973ff to 1973ff-7, arising from the failure in 11 California counties to transmit absentee ballots to all absent uniformed services voters and overseas voters by the 45th day before the June 5, 2012 Federal primary election and the failure to establish or implement adequate procedures to transmit

1

**STIPULATION AND [PROPOSED] ORDER (2:12-CV-01427-WBS-GGH)**

absentee ballots by mail or electronically in accordance with the voter's preferred method of transmission.

A Consent Decree was entered on May 30, 2012, between Plaintiff and Defendant Secretary of State. (Dkt. # 7.) The Consent Decree fully remedies the allegations raised in the Complaint regarding the June 5, 2012 Federal primary election. The Court retains jurisdiction to enter further relief as may be necessary to effectuate the Consent Decree's terms and ensure compliance with UOCAVA through December 31, 2014, and any party, for good cause shown, may move to extend the Consent Decree or to reopen the case. (Dkt. #7, 11:20-23.)

Defendant State of California is not a party to the Consent Decree and has not answered the complaint. All parties to this action hereby agree that no responsive pleading shall be required from Defendant State of California unless Plaintiff United States makes a written request for such a responsive pleading. If a responsive pleading is requested, it shall be due no later than 30 days after service, by mail or by electronic mail, on counsel for Defendant State of California.

The undersigned agree to entry of this Stipulated Order.

Dated: July 26, 2012

For Defendants State of California and
Debra Bowen, California Secretary of State:

KAMALA D. HARRIS
Attorney General of California
DOUGLAS J. WOODS
Senior Assistant Attorney General


*/s/ George Waters*
_____
GEORGE WATERS   (CA Bar #88295)
Deputy Attorney General
1300 I Street, Suite 125
Post Office Box 94244-2550
Sacramento, CA  94244
Telephone:  (916) 323-8050
Facsimile:  (916) 324-8835


For Plaintiff, United States of America:

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division


*/s/ Jaye Allison Sitton*             (As Authorized on July 26, 2012)
_____
T. CHRISTIAN HERREN, JR.
ABEL GOMEZ
JAYE ALLISON SITTON (D.C. Bar # 453655)
OLIMPIA E. MICHEL (N.Y. Bar # 4358321)
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
NWB 7254
Washington, D.C.  20530
Telephone: (202) 305-4143
Facsimile: (202) 307-3961

3

**STIPULATION AND [PROPOSED] ORDER  (2:12-CV-01427-WBS-GGH)**

1 | IT IS SO ORDERED.

3 | Dated:  July 30, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SA2012106430
10929244.doc